**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.    Case Number: 4:24–cr–00371

Mary Brown
Oscar Wattell
Thaddeus McDuell
Shelibra Jones
Anthony Perkins
Kimberly Perkins
Magnolia Underwood
Patrice Wilson
Jarvis Sherman
Euguene Walker
Donte Watson
Kamishilia Mathis
Nicholas Yoder
Theane Foster
Christal Lopez
Pamela Yoder
Deleon Borders
Kamaiga Gholar
Jeanine Victor
Javeon Fields
Curtis Holliday
Xavier Francis
Jamie Cruise
Tierra Celestine
JC Moore
Laryn Hill
Derrick Washington
Dralanjala Johnson
Destynee Washington
Desman Tolliver
Kiara Tolliver
Marquale Goston
Ronald DeGrate, Jr
Patrick Brown
Michael Ford, Jr
Cornelius Brown, Jr
Gerald Williams, Jr
Antoinette Green
Darris Lee
Wallace Thomas
Meghan Tillis
Aaliyah Thomas
Tawana Jones
Chelsea Battle
James Palladina

Amir Khan
Scott Wingrove
James Bateson
Calvin Skrivanek
Rashad Derrick
Roemello Burros
Katherine O'Brien
Sheba Muharib

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Mary Brown, Oscar Wattell, Thaddeus McDuell, Shelibra Jones, Anthony Perkins, Kimberly Perkins, Magnolia Underwood, Patrice Wilson, Jarvis Sherman, Euguene Walker, Donte Watson, Kamishilia Mathis, Nicholas Yoder, Theane Foster, Christal Lopez, Pamela Yoder, Deleon Borders, Kamaiga Gholar, Jeanine Victor, Javeon Fields, Curtis Holliday, Xavier Francis, Jamie Cruise, Tierra Celestine, JC Moore, Laryn Hill, Derrick Washington, Dralanjala Johnson, Destynee Washington, Desman Tolliver, Kiara Tolliver, Marquale Goston, Ronald DeGrate, Jr, Patrick Brown, Michael Ford, Jr, Cornelius Brown, Jr, Gerald Williams, Jr, Antoinette Green, Darris Lee, Wallace Thomas, Meghan Tillis, Aaliyah Thomas, Tawana Jones, Chelsea Battle, James Palladina, Amir Khan, Scott Wingrove, James Bateson, Calvin Skrivanek, Rashad Derrick, Roemello Burros, Katherine O'Brien, Sheba Muharib as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/30/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Interim Pretrial Conference

Date: April 4, 2025                                                                 Nathan Ochsner, Clerk